# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MARROQUIN, as successor in interest to AGAPITA MARROQUIN,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER INC., MYLAN INSTITUTIONAL INC., an Illinois Corporation, and DOES 2 TO 25,<br><br>Defendants. | Case No. 1:18-CV-00974-AWI-SAB<br><br>**ORDER ON STIPULATION TO ALLOW PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT and ORDER REGARDING PENDING MOTIONS TO DISMISS AND CORRESPONDING HEARING DATE**<br><br>(Doc. Nos. 9, 10) |

On August 24, 2018, the parties filed a stipulation relating to two pending motions to dismiss and an amended complaint. See Doc. No. 15. In pertinent part, the parties stipulated as follows: "Plaintiff shall file his first amended complaint by August 27, 2018; and Defendants withdraw their motions to dismiss without prejudice; and the hearings set for September 10, 2018 on Defendants' motions to dismiss shall be vacated; and Defendants shall answer or otherwise respond to the first amended complaint by September 24, 2018; and execution and return of this stipulation may be by facsimile or email transmission in lieu of an original and may be executed in counterparts." Id.

After consideration, the Court will give effect to the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motions to dismiss (Doc. Nos. 9, 10) are DENIED without prejudice as WITHDRAWN;
2. The September 10, 2018, hearing on the motions to dismiss is VACATED;
3. On or by August 27, 2018, Plaintiff shall file a First Amended Complaint; and



1

**STIPULATION TO ALLOW PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON**

4. On or by September 24, 2018, Plaintiff shall file an answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: August 24, 2018

_____
SENIOR DISTRICT JUDGE

**STIPULATION TO ALLOW PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON**