# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GILBERT MARROQUIN, as successor in interest to AGAPITA MARROQUIN,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**PFIZER INC., MYLAN INSTITUTIONAL INC., an Illinois Corporation, and DOES 2 TO 25,**<br><br>**Defendants** | **CASE NO. 1:18-CV-974 AWI-SAB**<br><br>**ORDER ON STIPULATION TO MOVE HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>(Doc. No. 21) |

On October 22, 2018, the parties stipulated as follows:

COMES NOW Plaintiff GILBERT MARROQUIN ("Plaintiff"), Pfizer Inc. and Mylan Institutional Inc. (collectively "Defendants") by and through their attorneys of record, hereby submit this Stipulation to Move Hearing Date for Defendants' Motions to Dismiss the First Amended Complaint as follows:

WHEREAS, Defendants Pfizer Inc. and Mylan Institutional Inc. each filed Motions to Dismiss the First Amended Complaint ("Motions") on September 24, 2018; and

WHEREAS, Defendants Pfizer Inc. and Mylan Institutional Inc.'s Motions are set for hearing on November 5, 2018; and

WHEREAS, Plaintiff's counsel will be in a jury trial in Tulare County from October 22, 2018 through October 26, 2018; and

WHEREAS, Plaintiff's counsel will be unable to respond timely and has requested additional time to prepare his opposition to the Motions; and

WHEREAS, all parties have agreed that the hearings set for November 5, 2018 may be vacated; and

WHEREAS to allow sufficient time for Plaintiff to file his opposition to the Motions and for Defendants to prepare replies thereto, the parties consent to move the hearing date for the Motions to December 3, 2018 at 1:30 p.m., and to reset the opposition date to November 12, 2018 and reply date to November 26, 2018 to conform to the new hearing date.

**IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE PARTIES HERETO THAT**:

The hearings set for November 5, 2018 on Defendants' Motions shall be vacated;

The new hearing date for the Defendants' Motions is December 3, 2018;

The new opposition date is November 12, 2018 and the new reply date will be November 26, 2018 to conform to the new hearing date; and

Execution and return of this stipulation may be by facsimile or email transmission in lieu of an original and may be executed in counterparts.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the hearing date and attached deadlines shall be amended as stipulated by the parties above.

IT IS SO ORDERED.

Dated:   October 23, 2018                    _____
                                              SENIOR DISTRICT JUDGE