# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GILBERT MARROQUIN, as successor in interest to Agapita Marroquin,**<br><br>**Plaintiff**<br><br>v.<br><br>**PFIZER, INC., MYLAN INSTITUTIONAL INC., and DOES 2-25,**<br><br>**Defendants** | **CASE NO. 1:18-CV-0974 AWI SAB**<br><br>**ORDER WITHDRAWING LEAVE TO AMEND AND CLOSING CASE** |

On February 14, 2019, the Court granted Defendants' respective motions to dismiss. See Doc. No. 29. As a result of the order, all of the claims in the complaint were dismissed, but the dismissal was with leave to amend. See id. The Court granted Plaintiff twenty-one days to file an amended complaint. See id. As part of the order, the Court warned that the "failure of Plaintiff to file a timely amended complaint will result in the withdrawal of leave to amend and the closure of this case without further notice." Id. More than twenty-one days have passed, and despite the Court's warning, Plaintiff has not filed an amended complaint.

The Court takes Plaintiff's failure to comply with the February 14 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the operative complaint contains no viable claims against any defendant, and the time to file an amended complaint has now passed. The Court's docket is too congested to leave cases open where no viable claims are stated. Therefore, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended complaint as previously instructed, leave to amend as previously granted in the February 14, 2019 order on Defendants' motions to dismiss is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: __March 11, 2019__

_____
SENIOR DISTRICT JUDGE

2